IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action Number: 5:20-CV-239

| | | |
|---|---|---|
| GAEGE ROOT,<br><br>Plaintiff,<br><br>v.<br><br>TONY ROBINSON, TONY THE CLOSER, LLC, AND I CLOSE DEALS, LLC,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COMPLAINT**<br>**(Jury Trial Requested)** |

Plaintiff, Gaege Root, ("Root"), by and through his undersigned counsel, says and alleges as his Complaint against Defendants (a) Tony Robinson ("Robinson"), (b) Tony The Closer, LLC ( "Closer LLC") and (c) I Close Deals, LLC ("Deals LLC") for breach of contract, fraud, punitive damages, unfair and deceptive trade practice, and constructive trust, as follows:

1. Plaintiff Root is a citizen and resident of Tucson, Arizona.
2. Defendant Robinson is a citizen and resident of Granville County, North Carolina.
3. Defendant Closer LLC is a North Carolina Limited Liability Company with its principal office and place of business in Wake County, North Carolina.
4. Defendant Deals LLC is a North Carolina Limited Liability Company with its principal office and place of business in Wake County, North Carolina.
5. Upon information and belief Robinson is the sole member and owner of Closer LLC and Deals LLC and uses Closer LLC and Deals LLC as instrumentalities of his personal actions and in an attempt to avoid personal liability.

## JURISDICTION & VENUE

6. This court has personal jurisdiction over all defendants pursuant to 28 U.S.C. § 1332 (Diversity of Citizenship) in that the Plaintiff is a citizen and resident of Arizona, Defendants are residents of and do business in North Carolina, and the amount in controversy exceeds $75,000.00 exclusive of interests and costs.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) in that all defendants reside in this district.

## FACTS

8. Robinson, or as he is referred to through various social media and internet outlets, Tony "The Closer" Robinson, holds himself out to be an expert in "wholesaling" properties throughout the country. He purports to have closed thousands of deals and generated more than 10 million dollars in auto and real estate sales.[1] Robinson purports to sell and market various "services" including, but not limited to programs such as "Rona-Proof Live," "100K Blueprint," "21 Secrets Book," "The Closers Club," and "Tony's Inner Circle."

9. Robinson also portrays himself to be a frequent sponsor of various conferences purporting to help those interested in wholesaling and/or flipping real estate.

10. Deals LLC, under Robinson's dominion and control, was represented to be the primary sponsor and organizer of the "100K Conference" held at the MGM Grand in Las Vegas, Nevada on November 8-9, 2019.

11. On the Conference "FAQ" section under "any other questions" the contact info is support@tonythecloser.com.

[1] https://www.tonythecloser.com/home-page

12. To entice individuals to attend the 100K Conference, attendees were advised that, included with the price of attendance, each attendee would be entered into a sweepstakes, and provided an opportunity to win $100,000 if the attendee's name was drawn at the Conference.

13. Root purchased a ticket to attend and, thereafter, attended the $100k Conference in reliance on Robinson's representation that by attending he would have a chance to win $100,000.

14. On November 8-9, 2019, Robinson personally presented the "100K Club Conference presented by Tony 'The Closer' Robinson" at the MGM Grand in Las Vegas, Nevada and personally represented that one lucky person would win $100,000.

15. During the conference Root was selected to be the winner of the $100,000. Attached as Exhibit A is a picture of Root and Robinson holding the $100,000 check.

16. The check which Root was given at the public award ceremony bears the clear signature of "Tony the Closer!" without reference to an LLC.

17. The contest contained no requirement that he would be paid other than in cash or check at the time at or about the time of the award. More specifically the 100K Conference advertising materials, in no less than six (6) places (pages 3, 6, 10, 27, & 28 twice), represented that one lucky winner would "walk away with $100,000." See attached Exhibit B.

18. Notwithstanding the representation, Root was not provided $100,000 at the event, but was told he would be sent and required to sign and return within five (5) days an "Affidavit of Eligibility and Release" which he signed and had notarized on November

25, 2019. The “Affidavit of Eligibility and Release” states Deals LLC as “Sponsor.” See attached Exhibit C.

19. The affidavit stated, in part:

> I understand the Prize will be paid in ten (10) equal installments of Ten Thousand Dollars ($10,000.00), with the first installment being sent by wire transferred on December 2, 2019; provided Sponsor has received this Affidavit on or before November 29, 2019. Each additional installment will be paid on the 1st of the month, or the next business day if the 1st day falls on Saturday, Sunday, or bank holiday, following the first installment continuing until the Prize has been paid in full.

20. Defendant Robinson advertised the “$100K Conference,” structured his LLC organizations, and required the “Affidavit or Eligibility and Release” with the clear intention of frustrating the winner and avoiding paying the sweepstakes award in full.

21. While Root received an initial payment on December 2, 2019, a second payment eight days later than promised on January 9, 2020 and a third check nine days later than promised on February 12, 2020, no further funds have been received. All funds were drawn on an account in the name of “Tony the Closer, LLC.”

22. In response to inquiries concerning Robinson’s failure to make timely payment, Robinson responded in a hostile and belligerent manner clearly intended to frustrate, if not intimidate Root. Robinson’s responses included the following:

> April 4, 2020:
>
> **TONY ROBINSON:** Wow you’re a clown I definitely won’t be paying you shit now you can go through my attorney. I told you were in a pandemic I gave you 30k in 3 months you blew it all not me that’s not my fault in addition you didn’t even come get training from me to make sure you could keep making money damn shame.
>
> April 29, 2020:

> **TONY ROBINSON:** Gaege Root I told your bitch ass I would honor the giveaway, but I paused until we knew more but you can bet your broke ass won't get another dollar now clown.
>
> **TONY ROBINSON:** Gaege Root why would I have a screenshot when I called and talk to you don't lie bitch you broke and mad at me I told you in conversation I would pay full amount so for you to get online like you didn't talk to me lmao thanks for saving me 70K

**COUNT ONE**
**<u>BREACH OF CONTRACT</u>**
**(All Defendants)**

23. Plaintiff adopts and realleges the allegations contained in paragraphs 1 through 22 above the same as if they are restated in full herein.

24. At all-time relevant, there existed a valid contractual obligation between Root and Defendants which required payment in full of $100,000.

25. As a direct and proximate result of Defendants breach of contract, Root has been damaged and is entitled to be paid in full.

**COUNT TWO**
**<u>FRAUD, MATERIAL MISREPRESENTATION AND OMISSION</u>**
**(All Defendants)**

26. Plaintiff adopts and realleges the allegations contained in paragraphs 1 through 25 above the same as if they are restated in full herein.

27. In attending the Conference, Root reasonably believed, and relied upon the representations of Robinson and his LLC's that he would fulfill his obligations extended through the sweepstakes and latter under the "Affidavit."

28. At all-times relevant to the Conference, neither Robinson, Closer LLC, nor Deals, LLC intended to honor in full the obligation to pay the full amount of $100,000 to the winner.

29. Robinson's intent is best illustrated by his attempts to frustrate the winner by (a) the requirement of the post Conference affidavit, (b) the short time required for the post Conference Affidavit to be submitted, (c) by creating Tony The Closer, LLC on September 30, 2019, thirty-eight days before the "100K Conference," (d) by creating I Close Deals, LLC on September 30, 2019, thirty-eight days before the "100K Conference, and (d) attempting through " unnecessary and inequitable fragmentation" of entities to frustrate the winner and thereby prevent the winner from pursuing the award to which he or she is entitled. There is no logical business reason for the organizational and procedural structure employed by Robinson other than an attempt to avoid fulfilling his financial obligation.

30. As a direct and proximate result of Defendants' false material misrepresentations and actionable omissions at to his true intention, Root has been damaged and is entitled to appropriate compensation.

**COUNT THREE**
**PUNITIVE DAMAGES**
**(All Defendants)**

31. Plaintiff adopts and realleges the allegations in contained in paragraphs 1 through 30 above the same as if they are restated in full herein.

32. By reason of the fraudulent, malicious, willful and wanton conduct of Defendants, as alleged above, Root, is entitled to receive punitive damages under both the state and federal law in an amount to be determined at trial to punish Defendants for their fraudulent misconduct and to deter such conduct by others in the future.

**COUNT FOUR**
**UNFAIR AND DECEPTIVE TRADE PRACTICE**
**(All Defendants)**

33. Plaintiff adopts and realleges the allegations contained in paragraphs 1 through 32 above the same as if they are restated in full herein.

34. Defendants acts as alleged herein were affecting commerce.

35. Defendants have engaged in unfair and deceptive acts and practices as defined by Chapter 75 of the North Carolina General Statutes, including, but not limited to:

    i. Acts constituting fraud (by misrepresentations or actionable omissions); wherein it promised to honor its contractual obligation with no intent to do and alternatively failed to disclose that the $100K sweepstakes prize would not be fully awarded.

36. Defendants organizational structure and requirements as well as Defendants abusive responses to simple inquiries about past due payment are further evidence as to Robinson's immoral, unethical, oppressive, and unscrupulous actions.

37. Root is entitled to treble damages in the amount of Two Hundred Ten Thousand Dollars ($210,000) plus interest.

**COUNT FIVE**
**CONSTRUCTIVE TRUST**

38. Plaintiff adopts and realleges the allegations contained in paragraphs 1 through 37 the same as if they were fully restated herein.

39. On information and belief, Defendants have used the money which should have been paid to Root to purchase one or more items including an expensive sports SUV and other items. Root is entitled to trace the proceeds which should have been awarded to

him to such assets as Defendants purchased and obtain a constructive trust or an equitable lien on such real and personal property.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Gaege Root, respectfully prays of the Court as follows:

1. That Plaintiff have and recover judgment against Defendants Robinson, Closer LLC, and Deals LLC of Seventy Thousand Dollars ($70,000) based on his claims of Breach of Contract and Fraud;
2. That Plaintiff have and recover judgment against Defendants Robinson, Closer LLC, and Deals LLC in the amount of Two Hundred Ten Thousand Dollars ($210,000) based on Defendants Unfair and Deceptive Trade Practices pursuant to N.C.G.S. § 75-16, *et seq*;
3. For attorneys' fees provided pursuant to the provisions of N.C.G.S. § 75-16.1, *et seq.* and other applicable law or contractual provisions, as well as the costs of pursuing this matter;
4. For punitive damages as allowed by law in an amount to be determined at trial;
5. That Plaintiff obtain a constructive trust or equitable lien on such items of personal and real property as Defendants have acquired by use of the moneys which should have been paid to Root;
6. That Plaintiff have and recover prejudgment interest as provided by law;
7. That the costs of this action be taxed against Defendants;
8. For this matter be tried by a Jury as to all matters so triable; and
9. That the Court award such other and just relief as to it seems just and fair.

This the 4th day of June 2019.

Respectfully submitted,

Gauge Root
By its attorneys,

/s/ E. Winslow Taylor
E. Winslow Taylor
Taylor & Taylor Attorneys at Law, PLLC
NC Bar #: 45533
418 N. Marshall St., Suite 204
Winston-Salem, NC 27101
Tel.: 336-418-4745
Email: Winslow@t2legal.com

/s/ Daniel R. Taylor, Jr.
Daniel R. Taylor, Jr.
Taylor & Taylor Attorneys at Law, PLLC
NC Bar #: 7358
418 N. Marshall St., Suite 204
Winston-Salem, NC 27101
Tel.: 336-418-4745
Email: Dan@t2legal.com