
100K club
CONFERENCE
TONY "THE CLOSER" ROBINSON
MGM GRAND
IT'S OUR TURN
It's my turn
CHECK NO: 1
NOVEMBER 9TH, 2019
PAY TO THE ORDER OF JOE ROOT
ONE HUNDRED THOUSAND DOLLARS
$ 100,000.00
MEMO 100K CLUB CONFERENCE

Exhibit A