100K CLUB CONFERENCE 2019

100K CLUB CONFERENCE 2019

# The Real Estate Event Of The Year! Join Us In Vegas For Your Chance To Win $100,000 Cash!

*Attend In-Person In Las Vegas or Live Stream The Entire Event on November 8th & 9th*

## GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000

00Hour00Minute00Second

00Hour00Minute00Second

The Real Estate Event Of The Year! Join Us In Vegas For Your Chance To Win $100,000 Cash!

*Attend In-Person In Las Vegas or Live Stream The Entire Event on November 8th & 9th*

GET UP TO 60% OFF YOUR TICKETPLUS A CHANCE TO WIN $100,000

00Hour00Minute

00Hour00Minute00Second

***Join Tony "The Closer" & Jay Morrison***

# At The 100K CLUB CONFERENCE

***Hosted By Ernestine Morrison***

Over half a million people have found their purpose, made more money and changed the trajectory of their families current situations as well as their legacies thanks to mentorship, coaching or a combination of influence from both Tony Robinson and Jay Morrison.

Attending the100K Club Conference will be a super powerful opportunity to learn the game from these two real estate strategy moguls in addition to another 20+ successful entrepreneurs ready to share their raw truths about the climb to six figures, what that looks like, starting from broke, balancing families and 9 to 5's and everything in between... **SUCCESSFULLY!**

Are you ready to reach $100k and beyond?



GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000

### *Join Tony "The Closer"& Jay Morrison In Vegas*

# At The 100k Club Conference 2019

### *Hosted By Ernestine Morrison*

Over half a million people have found their purpose, made more money and changed the trajectory of their families current situations as well as their legacies thanks to mentorship, coaching or a combination of influence from both Tony Robinson and Jay Morrison.

Attending the100K Club Conference will be a super powerful opportunity to learn the game from these two real estate strategy moguls in addition to another 20+ successful entrepreneurs ready to share their raw truths about the climb to six figures, what that looks like, starting from broke, balancing families and 9 to 5's and everything in between... SUCCESSFULLY



# Win $100,000 Just For Attending! Yes.. One Lucky Attendee Will Go Home With REAL Money.

Yep, it's true… Jay and Tony are giving away $100,000 to one lucky winner!!

While we fully believe that those who soak up the formula, work the strategies and truly take in all of the value & gems shared throughout this two day conference will begin to organically produce six figures through the work of their own grind… Jay and Tony have decided to accelerate the success of one lucky attendee by blessing a random registrant with $100,000 CASH!

All ticket levels including our "watch from home" pay-per-view option are eligible to win the $100k prize! You have better than a 1 in 10,000 chance of winning! That makes this better than any lottery you could buy a ticket for!

## GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000

***$100k Drawing Disclaimer:*** *Only one lucky person (in person or pay-per-view) will walk away with $100,000. In order to win you must purchase a ticket in person or pay-per-view. Winner will be drawn randomly from ticket buyers.*





MGM GRAND
NOVEMBER 8-9. 2019
LAS VEGAS, NEVADA
$497
$19
LIVE STREAM
CHANCE TO WIN $100,
TRAININGS FROM OVER 20 SPEA
ONLINE NETWORKING AND CH
EXCLUSIVE EVENT APP DOWNLO
PRIVATE FACEBOOK GROUP


EVENT RECORDINGS AVAILABL
ATTEND IN PERSON
100K CLU
CONFERENC
Presented By
Tony The Closer & Jay Morrison
MGM GRAND
NOVEMBER 8-9. 2019
LAS VEGAS, NEVADA
~~$497~~
$197




## Win $100,000 Just For Attending! Yes.. One Lucky Attendee Will Go Home With REAL MONEY.

Yep, it's true... Jay and Tony are giving away $100,000 to one lucky winner!!

While we fully believe that those who soak up the formula, work the strategies and truly take in all of the value & gems shared throughout this two day conference will begin to organically produce six figures through the work of their own grind... Jay and Tony have decided to accelerate the success of one lucky attendee by blessing a random

registrant with $100,000 CASH!

All ticket levels including our "watch from home" pay-per-view option are eligible to win the $100k prize! You have better than a 1 in 10,000 chance of winning! That makes this better than any lottery you could buy a ticket for!




LIVE STREA
CHANCE TO WIN $100,
TRAININGS FROM OVER 20 SPEA
ONLINE NETWORKING AND CH
EXCLUSIVE EVENT APP DOWNL
PRIVATE FACEBOOK GROUP
EVENT RECORDINGS AVAILAB


ATTEND IN PERSON
100K CLU



CONFERENC
Presented By
Tony The Closer & Jay Morrison
MGM GRAND
NOVEMBER 8-9. 2019
LAS VEGAS, NEVADA
$497
$197
GENRAL ADMISSI
CHANCE TO WIN $100,0
TRANINGS FROM OVER 20 SPEAK




GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000

***$100k Drawing Disclaimer:*** *Only one lucky person (in person or pay-per-view) will walk away with $100,000. In order to win you must purchase a ticket in person or pay-per-view. Winner will be drawn randomly from ticket buyers.*

## WHEN:

**NOVEMBER**
**8th & 9th, 2019**

## WHERE:

**MGM GRAND**
**Las Vegas, Nevada**

**Attend In Person Or Live Stream The Entire Event!**

Learn How to Close ***$100K PLUS*** in Deals This Year!

GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000

***YOU NEED TO BE AT THIS EVENT!***

## Attend In Person Or Live Stream The Entire Event!

# WHEN:

**NOVEMBER**
**8th & 9th, 2019**

# WHERE:

**MGM GRAND**
**Las Vegas, Nevada**

Learn How to Close *$100K PLUS* in Deals This Year!

GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000

*YOU NEED TO BE AT THIS EVENT!*

## The 100k Club Conference Is Coming & We Want You There!

***This is NOT JUST THEORY... These are TRIED & TRUE Models!***

You will learn everything you need to know to Grow & Scale your Real Estate business. This event has been carefully planned to exceed the expectations of those who choose to invest in themselves and join us.

These are the exact same formulas and models that Jay, Tony, and 20+ speakers have used to close over a billion dollars in real estate deals collectively!

Jay and Tony believe in this conference so much that they do not want to allow any excuses! This is why they have added the Pay-Per-View option available on the next page. This way you can attend live in person or you can choose pay-per-view and attend live from anywhere including your living room!

The training you can expect to receive at the 100K Club Conference will be **EVERYTHING YOU NEED** in order to reach **$100K & SCALE TO $1,000,000+ IN REAL LIFE.** Just click below to see all the options available!

GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000

## *At This Event You Will Learn How To...*

- ✔Go From $0 to $100k Easily
- ✔Close More Deals Each Month
- ✔Grow & Monetize Your Brand
- ✔Close More Deals Each Month
- ✔Cold Call More Effectively
- ✔Have More Effective Follow Up
- ✔Overcome Seller Objections
- ✔Evaluate Real Estate Fix & Flips
- ✔Creatively Finance Fix & Flips
- ✔Evaluate Rental Properties
- ✔Creatively Finance Rentals
- ✔Become An International Investor
- ✔Evaluate Tax Lien Properties
- ✔Buy Your First Apartment Building
- ✔Negotiate Bigger Profits
- ✔Create A Retirement Plan
- ✔Structure Your LLC
- ✔Build A Real Estate Team
- ✔Automate Your Business
- ✔Brand Your Business
- ✔Earn 100% Commissions
- ✔Build A National Team of Agents
- ✔Position Yourself To Dominate
- ✔Track & Measure Your KPI / RGA
- ✔Build Credit To Start Investing
- ✔Get Business Funding
- ✔Find Cash Buyers For Your Deals
- ✔Offer Seller Financing Deals
- ✔Do Subject To Mortgages
- ✔Do Lease Option Purchases
- ✔The 90 Minute Meeting Rule
- ✔What A CEO Should Focus On

- ✔Creative Homeownership Strategy
- ✔Creative Real Estate Financing
- ✔Why You Don't Need A Broker
- ✔All This And So Much More...

# The 100k Club Conference Is Coming & We Want You There!

## *This is NOT JUST THEORY... These are TRIED & TRUE Models!*

These are the exact same formulas and models that Jay, Tony, and 20+ speakers have used to close over a billion dollars in real estate deals collectively!

Jay and Tony believe in this conference so much that they do not want to allow any excuses! This is why they have added the Pay-Per-View option available on the next page. This way you can attend live in person or you can choose pay-per-view and attend live from anywhere including your living room!

The training you can expect to receive at the 100K Club Conference will be **EVERYTHING YOU NEED** in order to reach **$100K & SCALE TO $1,000,000+ IN REAL LIFE.**

Just click below to see all the options available!

GET UP TO 60% OFF YOUR TICKETPLUS A CHANCE TO WIN $100,000

## *At This Event You Will Learn How To...*

- ✔Go From $0 to $100k Easily
- ✔Close More Deals Each Month
- ✔Grow & Monetize Your Brand
- ✔Close More Deals Each Month
- ✔Cold Call More Effectively
- ✔Have More Effective Follow Up
- ✔Overcome Seller Objections
- ✔Evaluate Real Estate Fix & Flips
- ✔Creatively Finance Fix & Flips
- ✔Evaluate Rental Properties
- ✔Creatively Finance Rentals
- ✔Become An International Investor
- ✔Evaluate Tax Lien Properties
- ✔Buy Your First Apartment Building

- ✔Negotiate Bigger Profits
- ✔Create A Retirement Plan
- ✔Structure Your LLC
- ✔Build A Real Estate Team
- ✔Automate Your Business
- ✔Brand Your Business
- ✔Earn 100% Commissions
- ✔Build A National Team of Agents
- ✔Position Yourself To Dominate
- ✔Track & Measure Your KPI / RGA
- ✔Build Credit To Start Investing
- ✔Get Business Funding
- ✔Find Cash Buyers For Your Deals
- ✔Offer Seller Financing Deals
- ✔Do Subject To Mortgages
- ✔Do Lease Option Purchases
- ✔The 90 Minute Meeting Rule
- ✔What A CEO Should Focus On
- ✔Creative Homeownership Strategy
- ✔Creative Real Estate Financing
- ✔Why You Don't Need A Broker
- ✔All This And So Much More...

GET UP TO 60% OFF YOUR TICKETPLUS A CHANCE TO WIN $100,000

## Here Are A Few Of 2019's Great Speakers!



**TONY "THE CLOSER"**

Tony "The Closer" Robinson will be walking you through everything it takes to close your best deals. A former NFL player, Tony ran GM's #1 Sales Team and closed over $10 Million in deals. From dead broke to making over $100k in less than 90 days, this guy knows what it takes to win. Tony has helped over 7,000 people just like you make their first deal by wholesaling real estate.



## JAY MORRISON

Jay has been featured on BET, Fox Business, and The Today Show among others. He is the founder and President of the Jay Morrison Academy which is named one of the Inc. 5000 fastest-growing companies in America. Beating the odds after living in poverty, dropping out of high school and serving prison time for drug trafficking– this two-time best-selling author was able to turn his life around by breaking into real estate and becoming one of the industry's biggest influencers.



## ERNESTINE MORRISON

Ernestine Johnson Morrison is an actress, host, serial entrepreneur and one of the most viral poets of our generation. Her electrifying and energetically bold art has massed over 60 million views on the internet. She's a powerful force who started her entrepreneurial journey with a personal shopping company that grossed 6 figures in 6 months. She's now the founder and CEO of Green Lit ATL and co-owner of The Tulsa Real Estate Fund with her husband Jay Morrison.



### DANA CHANEL

Dana Chanel is a 25-year-old multi-millionaire Christian Entrepreneur. She is building an empire with her family in the mobile app creation, tax, credit, beauty, and advertising industries. Taking the country by storm, her first business venture produced over 8 million downloads. She was able to put church in everyone's pocket in a way that had never been done before. All while teaching Christians how to build sustainable businesses, mobile apps and more!



## RONNE BROWN

CEO and Founder of GirlCEO© and author of From Mopping Floors to Making Millions on Instagram. Ronne is a branding expert, Ted X speaker, author, mentor, wife and a mother of four. Ronne equips women nationwide on how to be the CEO in their business', lives and homes.

She is one of social medias most influential entrepreneurs inspiring and teaching people around the world how to create six-figure incomes, become debt free and live life on their own terms.



## DAVID LECKO

David is a real estate investor and the CEO of Deal Machine, an app that enables individuals to find off-market deals and contact any property owner via direct mail, email, and/or phone with a single click. With over 80,000 downloads and 2.5 million potential deals through driving for dollars, David has added millions of dollars of revenue to scaling wholesaling businesses around the United States.

GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000



## BRIAN IREGBU

Having received Texas A&M's teacher of the year award, worked with one of Fortune 500's top 3 companies and originated over 3 million dollars in creative financing real estate deals, Brian currently earns over 6 figures investing in real estate part-time. These efforts have created enough passive income to replace he and his wife's 9-5. This teacher at heart plans to help as many people as he can experience the freedom and flexibility that real estate brings.



## ELIJAH RUBIN

Elijah has been selling since he was 15 years old and has over 20 years of ongoing sales experience. He has actively been buying off market real estate investments for over 15 years, purchasing over 750 properties and closing over $250 million worth of properties to date. Having endured over 100,000 No's, 10,000 phone hang-ups, 100 doors slammed, 6 dogs chases, and 3 homeowners spraying him with water, Elijah is not a Guru, but he has the real-life experience that qualifies him as an expert.



## CHRIS BRUCE

Chris Bruce is an author, nationwide coach and full-time real estate investor since 2010. He's learned not only how to bring in big checks in real estate, but also how to delegate, outsource and systemize about 80% of the business, which has created the freedom and time to help others, and teach people all over the country. From the hood of Detroit to becoming a successful investor now living in Tampa, Florida with his family Chris can show you how it is possible!



## KHANG LE

Growing up in a mud hut in Vietnam, Khang Le came to America at the age of 9. At 17, he dropped out of school and lived in a small shed with his wife from 18-23. Today, Khang is makes $250K/Month through virtual wholesaling real estate.



## BYRON HOLMAN

Byron started Real Estate Investing in 2017 and is now closing in on building a million dollar a year part time business. An ICU nurse by trade but now in Nursing Administration. Byron brings his leadership skills to his real estate business. As a serial Entrepreneur team building and setting up systems is where he thrives.



## Nick Luevano & Auctavius Bennett

Owners of Devalle Development, a multi-million dollar Real Estate investment company, with over s 150+ transactions in the past 2 years. Founders of Millennial Flippers, one of the fastest growing Real Estate educational platforms.



**Donovan Ruffin**

Starting at the age of 20 as a door to door salesman Donovan dedicated himself. Now only 25 he has flipped hundreds of houses. Donovan knows what it takes to build a successful team around flipping houses & wholesaling.

***PLUS MANY MORE...***

## GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000

## Here Are A Few Of 2019's Great Speakers!



**TONY "THE CLOSER"**

Tony "The Closer" Robinson will be walking you through everything it takes to close your best deals. A former NFL player, Tony ran GM's #1 Sales Team and closed over $10 Million in deals. From dead broke to making over $100k in less than 90 days, this guy knows what it takes to win. Tony has helped over 7,000 people just like you make their first deal by wholesaling real estate.



## JAY MORRISON

Jay has been featured on BET, Fox Business, and The Today Show among others. He is the founder and President of the Jay Morrison Academy which is named one of the Inc. 5000 fastest-growing companies in America. Beating the odds after living in poverty, dropping out of high school and serving prison time for drug trafficking– this two-time best-selling author was able to turn his life around by breaking into real estate and becoming one of the industry's biggest influencers.



## ERNESTINE MORRISON

Ernestine Johnson Morrison is an actress, host, serial entrepreneur and one of the most viral poets of our generation. Her electrifying and energetically bold art has massed over 60 million views on the internet. She's a powerful force who started her entrepreneurial journey with a personal shopping company that grossed 6 figures in 6 months. She's now the founder and CEO of Green Lit ATL and co-owner of The Tulsa Real Estate Fund with her husband Jay Morrison.

GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000



**DANA CHANEL**

Dana Chanel is a 25-year-old multi-millionaire Christian Entrepreneur. She is building an empire with her family in the mobile app creation, tax, credit, beauty, and advertising industries. Taking the country by storm, her first business venture produced over 8 million downloads. She was able to put church in everyone's pocket in a way that had never been done before. All while teaching Christians how to build sustainable businesses, mobile apps and more!



**RONNE BROWN**

CEO and Founder of GirlCEO© and author of From Mopping Floors to Making Millions on Instagram. Ronne is a branding expert, Ted X speaker, author, mentor, wife and a mother of four. Ronne equips women nationwide on how to be the CEO in their business', lives and homes.
She is one of social medias most influential entrepreneurs inspiring and teaching people around the world how to create six-figure incomes, become debt free and live life on their own terms.



**DAVID LECKO**

David is a real estate investor and the CEO of Deal Machine, an app that enables individuals to find off-market deals and contact any property owner via direct mail, email, and/or phone with a single click. With over 80,000 downloads and 2.5 million potential deals through driving for dollars, David has added millions of dollars of revenue to scaling wholesaling businesses around the United States.

## GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000



### BRIAN IREGBU

Having received Texas A&M's teacher of the year award, worked with one of Fortune 500's top 3 companies and originated over 3 million dollars in creative financing real estate deals, Brian currently earns over 6 figures investing in real estate part-time. These efforts have created enough passive income to replace he and his wife's 9-5. This teacher at heart plans to help as many people as he can experience the freedom and flexibility that real estate brings.



### ELIJAH RUBIN

Elijah has been selling since he was 15 years old and has over 20 years of ongoing sales experience. He has actively been buying off market real estate investments for over 15 years, purchasing over 750 properties and closing over $250 million worth of properties to date. Having endured over 100,000 No's, 10,000 phone hang-ups, 100 doors slammed, 6 dogs chases, and 3 homeowners spraying him with water, Elijah is not a Guru, but he has the real-life experience that qualifies him as an expert.



### CHRIS BRUCE

Chris Bruce is an author, nationwide coach and full-time real estate investor since 2010. He's learned not only how to bring in big checks in real estate, but also how to delegate, outsource and systemize about 80% of the business, which has created the freedom and time to help others, and teach people all over the country. From the hood of Detroit to becoming a successful investor now living in Tampa, Florida with his family Chris can show you how it is possible!



### KHANG LE

Growing up in a mud hut in Vietnam, Khang Le came to America at the age of 9. At 17, he dropped out of school and lived in a small shed with his wife from 18-23. Today, Khang is makes $250K/Month through virtual wholesaling real estate.

## GET UP TO 60% OFF YOUR TICKETPLUS A CHANCE TO WIN $100,000



**BYRON HOLMAN**

Byron started Real Estate Investing in 2017 and is now closing in on building a million dollar a year part time business. An ICU nurse by trade but now in Nursing Administration. Byron brings his leadership skills to his real estate business. As a serial Entrepreneur team building and setting up systems is where he thrives.



**Nick Luevano & Auctavius Bennett**

Owners of Devalle Development, a multi-million dollar Real Estate investment company, with over s 150+ transactions in the past 2 years. Founders of Millennial Flippers, one of the fastest growing Real Estate educational platforms.



**Donovan Ruffin**

Starting at the age of 20 as a door to door salesman Donovan dedicated himself. Now only 25 he has flipped hundreds of houses. Donovan knows what it takes to build a successful team around flipping houses & wholesaling.

***PLUS MANY MORE...***

GET UP TO 60% OFF YOUR TICKETPLUS A CHANCE TO WIN $100,000

# Become Our Next Success Story! Lets Level Up Together.

*Watch Some of Tony & Jays Success Stories...*

Watch Casanova Brooks Testimonial

Tamera Campbell

★★★★★

Jay Morrison Academy has put me on the map when it comes to real estate. He helped change my mindset and my finances.

King Khalid

★★★★★

I bought a triplex in 7 months after following Jays methods. He put me on the "Credit Is King" book so I can make sure my credit is A1 when I step to these banks.

Reno Hitchens

★★★★★

I know own a duplex rental property at the age of 20 years old and I've written a book to help others go from renter to homeowner.

GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000

Become Our Next Success Story! Lets Level Up Together.

Watch Some of Tony & Jays Success Stories...

Tamera Campbell

★★★★★

Jay Morrison Academy has put me on the map when it comes to real estate. He helped change my mindset and my finances.

King Khalid

★★★★★

I bought a triplex in 7 months after following Jays methods. He put me on the "Credit Is King" book so I can make sure my credit is A1 when I step to these banks.

Reno Hitchens

★★★★★

I know own a duplex rental property at the age of 20 years old and I've written a book to help others go from renter to homeowner.

## GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000

# THE CLOSER'S 100K CLUB LIVE Event FAQ's...

### What Are The Dates For "THE 100K CLUB CONFERENCE 2019"?

The event is a 2-day event, you should plan to arrive prior to Nov 8. Event will conclude on Nov 9th. However... post event celebrations are encouraged!!

### Where Is The Venue For The Event?

The event will be hosted at the MGM Grand: 3799 Las Vegas BLVD South, Las Vegas, NV 89109.

### I'm Trying To Book My Travel. What Times Do I Need To Know About?

Event registration will be on Thursday, Nov 7th from 2:00 PM - 8:00 PM. The event will conclude around 8:00 PM on Saturday November 9th. Fly into McCarran International Airport (LAS). It's 10 minutes from the event venue.

### How Can I Win $100,000?

Buy a ticket of any level and attend live or online through our pay-per-view option. Is there a catch? No, one lucky person will walk away with $100,000. In order to win you must purchase a ticket in person or pay-per-view. Winner will be drawn randomly from ticket buyers. That is it!

### Can Anyone Attend This Event?

Yes, if you have (or want to have) a successful sales career, then this LIVE event is for you!

### Can I Bring My Spouse Or A Guest?

Because of our VERY limited seating, every person must purchase a ticket to get into the event.

### Can I Get A Refund If I Can't Attend?

There are no refunds. We are NOT offering ticket transfers.

### What Should I Wear?

The dress code is whatever makes you comfortable!. Our meeting room WILL be on the cool side, so plan accordingly and bring an additional sweater, wrap, or jacket.

### Any Other Questions?

Contact support@tonythecloser.com

# THE CLOSER'S 100K CLUB LIVE Event FAQ's...

### What Are The Dates For "THE 100K CLUB CONFERENCE 2019"?

The event is a 2-day event, you should plan to arrive prior to Nov 8. Event will conclude on Nov 9th. However... post event celebrations are encouraged!!

### Where Is The Venue For The Event?

The event will be hosted at the MGM Grand: 3799 Las Vegas BLVD South, Las Vegas, NV 89109.

### I'm Trying To Book My Travel. What Times Do I Need To Know About?

Event registration will be on Thursday, Nov 7th from 2:00 PM - 8:00 PM. The event will conclude around 8:00 PM on Saturday November 9th. Fly into McCarran International Airport (LAS). It's 10 minutes from the event venue.

### How Can I Win $100,000?

Buy a ticket of any level and attend live or online through our pay-per-view option. Is there a catch? No, one lucky person will walk away with $100,000. In order to win you must purchase a ticket in person or pay-per-view. Winner will be drawn randomly from ticket buyers. That is it!

### Can Anyone Attend This Event?

Yes, if you have (or want to have) a successful sales career, then this LIVE event is for you!

### Can I Bring My Spouse Or A Guest?

Because of our VERY limited seating, every person must purchase a ticket to get into the event.

### Can I Get A Refund If I Can't Attend?

There are no refunds. We are NOT offering ticket transfers.

### What Should I Wear?

The dress code is whatever makes you comfortable!. Our meeting room WILL be on the cool side, so plan accordingly and bring an additional sweater, wrap, or jacket.

### Any Other Questions?

Contact support@tonythecloser.com

## GET UP TO 60% OFF YOUR TICKET PLUS A CHANCE TO WIN $100,000

100K CLUB CONFERENCE 2019

ICLOSEDEALS, LLC - © 2019 All Rights Reserved
13200 Strickland Rd 114 Raleigh, NC 27613
Terms - Support - Privacy Policy

ICLOSEDEALS, LLC - © 2019 All Rights Reserved
13200 Strickland Rd 114 Raleigh, NC 27613
Terms - Support - Privacy Policy

***$100k Drawing Disclaimer:*** *Only one lucky person (in person or pay-per-view) will walk away with $100,000. In order to win you must purchase a ticket in person or pay-per-view. Winner will be drawn randomly from ticket buyers, complimentary tickets do not apply.*

100K CLUB CONFERENCE 2019