STATE OF Arizona )

) ss.:

COUNTY OF Pima )

Return this completed and notarized document no later than five (5) days from date of notification.

## AFFIDAVIT OF ELIGIBILITY AND RELEASE

I, Gaege Alexander Root (full legal name), being duly sworn, depose and say:

1. I entered the 100K Club Conference Sweepstakes (the "**Promotion**") and understand that I am the potential winner of One Hundred Thousand Dollars ($100,000.00) (the "**Prize**"), subject to verification of my entry. I understand the Prize will not include any additional items, cash awards, or paid expenses, which will be my sole responsibility.

2. I understand that I am submitting this Affidavit of Eligibility and Release ("**Affidavit**") to assist in determining whether I am eligible to receive the Prize in accordance with the Official Rules of the Promotion (the "**Official Rules**").

3. My date of birth is April 9th 1989 and I am currently 30 years of age.

4. I reside at [redacted] Tucson, AZ 85705.

5. As of the date I entered this Promotion, through and including the date of this Affidavit, I represent that I was not and am not an employee of or a member of the immediate family of an employee of I Close Deals, LLC ("**Sponsor**").

6. I represent that I have fully complied with the Official Rules, the information I submitted in entering the Promotion is correct, and I have not committed any fraud or other deception in entering the Promotion or claiming my Prize.

7. My Social Security Number is [redacted].

8. As stated in the Official Rules, I agree that I am responsible for paying all federal, state, and local taxes on my receipt and acceptance of the Prize.

9. I give permission to Sponsor, its parent, subsidiaries, affiliates, licensees, successors, and assigns, and those acting under their authority to use, and to authorize others to use, my name, biographical information, and likeness, throughout the world in all media now known or hereafter existing (including print, packaging, television, radio, film, digital, internet, social media, websites, and mobile apps) in perpetuity for advertising, marketing, publicity, and promotion of Sponsor, the Promotion, other Sponsor promotions, and the products/services associated with the Promotion and for all their internal business purposes without further compensation or right of approval.

Exhibit C

10. If any of my statements in this Affidavit is false, I agree to return to Sponsor the Prize in addition to any other remedies that Sponsor may seek to enforce against me.

11. I understand the Prize will be paid in ten (10) equal installments of Ten Thousand Dollars ($10,000.00), with the first installment being sent by wire transfer on December 2, 2019; provided Sponsor has received this Affidavit on or before November 29, 2019. Each additional installment will be paid on the 1st day of the month, or the next business day if the 1st day falls on Saturday, Sunday or bank holiday, following the first installment continuing until the Prize has been paid in full.

12. I hold harmless, release, and discharge, on behalf of myself, and my heirs, executors, and assigns, Sponsor and its respective officers, managers, employees, agents, parent, subsidiaries, affiliates, members, successors, and assigns from any and all claims, demands, lawsuits, expenses, losses, damages, and any other liability of any kind, of or to me or any other person, my property, or my rights of privacy or publicity, directly or indirectly arising out of or in connection with the Promotion (including the conduct of the Promotion, the awarding of any prizes, my participation in the Promotion, my acceptance, use, misuse, loss, or damage of or to the Prize or any other prize, and use of my name, biographical information, and likeness as permitted in Paragraph 9), even if due to the negligence, omission, or other fault of Sponsor.

By: [signature]

Printed: Gacye Root

Sworn to before me this 25 day of November, 2019.

[signature]

Notary Public

BRIANA MONTANO
Notary Public, State of Arizona
Pima County
Commission # 561555
My Commission Expires
March 27, 2023

NPGBO1:3078983.1