IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action Number: 5:20-CV-239

| | | |
|---|---|---|
| GAEGE ROOT,<br><br>Plaintiff,<br><br>v.<br><br>TONY ROBINSON, TONY THE CLOSER, LLC, AND I CLOSE DEALS, LLC,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **AFFIDAVIT OF SERVICE** |

State of North Carolina, Granville County
Granville County Sheriff Deputy Davis S. Baird, being sworn says:

Deponent is not a party herein, is over the age of 18 years and resides in North Carolina.

On June 17, 2020 at 4:08 pm at 116 Richmond Run, Stem, NC 27581 Deponent served the within Summons in a civil action.

On: Tony Robinson, the therein named Defendant by delivering a true copy of the Summons and Complaint to said recipient personally; Deponent knew the person so served to be the person described in as said recipient.

Sworn to me on July 7, 2020

Victoria Ramsey
(Notary)

Commission Expires: 12/8/24

VICTORIA RAMSEY NOTARY PUBLIC GRANVILLE COUNTY, NC

Deputy David S. Baird

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

Gaege Root

*Plaintiff(s)*

v.

ony Robinson, Tony The Closer, LLC, and I Close Deals, LLC

*Defendant(s)*

Civil Action No. 5:20-CV-239-M

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Tony Robinson
116 Richmond Run
Stem, NC 27581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Winslow Taylor
Taylor & Taylor Attorneys at Law, PLLC
418 N. Marshall St., Suite 204
Winston-Salem, NC 27101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 6/8/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Tony Robinson
was received by me on *(date)* ______________ .

☒ I personally served the summons on the individual at *(place)* 116 Richmond Run Stem, N.C. 27581 on *(date)* June 17, 2020; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________, a person of suitable age and discretion who resides there, on *(date)* ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/17/2020

[signature]
*Server's signature*

DAVID S. BAIRD Deputy Sheriff
*Printed name and title*

143 Williamsboro St Oxford, N.C. 27565
*Server's address*

Additional information regarding attempted service, etc:

# Civil Paper

## GRANVILLE COUNTY SHERIFF'S OFFICE

| Civil Number: | Type of Civil Paper: |
|---|---|
| 20-CV-239 | COMPLAINT |

| Offense: | Counts: | Subpoena Type: | Incident Number: | File Number: | DSS Number: |
|---|---|---|---|---|---|
| | | | | | |

| County: | Date Issued: | Time Issued: | Issued By: | Date Received: | Date Expires: |
|---|---|---|---|---|---|
| eastern district of nc | | | Mail | 06/17/2020 | |

| Paper Location: | Agency With Paper: | Assigned Zone: | Officer With Paper: |
|---|---|---|---|
| e15 | Granville County Sheriff's Office | | E15 - DEP. SCOTT BAIRD |

| Date Taken/Assigned: | Status/Type of Service: | Date Served: | Time Served: | Date Returned: | Officer Serving/Returning: |
|---|---|---|---|---|---|
| | P - Personal Service | 06/17/2020 | | | E15 - DEP. SCOTT BAIRD |

| Date Ret. to Clerk: | Service Location: | Reason For Non-Service: |
|---|---|---|
| 06/18/2020 | | |

| Court Division: | Court Location: | Court Date: | Court Time: | Courtroom Number: |
|---|---|---|---|---|
| | | | | |

| Service Fee: | Date of Endorsement: | Time of Endorsement: | Sheriff: |
|---|---|---|---|
| $30.00 | | | Charles R. Noblin Jr. |

| Care of Name: | Care of Address: | Phone Number: | Relationship: |
|---|---|---|---|
| | | | |

Notes:
entered beckya- cleared beckya/ (mailed back in envelope provided)

### Served To

| Served to Name: | Served to Address: | Phone Number: |
|---|---|---|
| robinson, tony | 116 richmond run, Stem, NC 27581 | |

| Date of Birth: | Age: | Race: | Sex: | Height: | Weight: | Build: | Hair Color: | Hair Style: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Hair Length: | Eye Color: | Skin: | Social Security Number: | Driver's License Number: | Driver's License State: |
|---|---|---|---|---|---|
| | | | | | |

| Occupation: | Employer: | Employer Address: | Phone Number: | Ext.: |
|---|---|---|---|---|
| | | | | |

### Plaintiff(s)

| Seq. # | Plaintiff Name: | Plaintiff Address: | Phone Number: | Date of Birth: |
|---|---|---|---|---|
| 1 | root, gaege | | | |

| Age: | Race: | Sex: | Employer: | Employer Address: |
|---|---|---|---|---|
| | | | | |

| Phone Number: | Ext.: | AKA: |
|---|---|---|
| | | |

### Service Notes

408pm