IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-cv-00239-M

| | |
|---|---|
| GAEGE ROOT, <br><br> Plaintiff, <br><br> v. <br><br> TONY ROBINSON, TONY THE CLOSER, LLC & I CLOSE DEALS, LLC, <br><br> Defendant. | ORDER |

This matter is before the court on the Memorandum and Recommendation (hereinafter "M&R") of United States Magistrate Judge Robert T. Numbers [DE-55] on Plaintiff's motion for sanctions against the Defendants, [DE 49]. Defendants did not file objections to the M&R. The matter is ripe for ruling.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotations omitted); *see* 28 U.S.C. § 636(b). Absent timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond*, 416 F.3d at 315 (citation and quotations omitted).

The court has reviewed the M&R and the record in this case and is satisfied that there is no clear error on the face of the record. Accordingly, the court ADOPTS the M&R [DE-55] and for the reasons stated therein ORDERS as follows:

1. Plaintiff's motion for sanctions is GRANTED. The court enters default judgment against Defendants in the amount of $210,000, and awards attorney's fees to the plaintiff in the amount of $32,045.

SO ORDERED this __19th__ day of May, 2022.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE