UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GAEGE ROOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFAULT JUDGMENT AND** |
| | ) | **JUDGMENT ON ATTORNEY'S FEES** |
| TONY ROBINSON, TONY THE | ) | **CASE NO. 5:20-CV-239-M** |
| CLOSER LLC, and I CLOSE DEALS | ) | |
| LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall have and recover from Defendant the principal amount of $210,000.00, in addition to an award of attorney's fees in the amount of $32,045.00.

This Judgment filed and entered on May 20, 2022, and copies to:
Counsel of record for Plaintiff (via CM/ECF electronic notification)
Defendants (via US Mail in c/o Anthony Robinson, 2020 N. Bayshore Drive, Unit 3204, Miami, FL 33137)

May 20, 2022

Peter A. Moore, Jr.
Clerk of Court

By: */s/* Kimberly R. Waddell
Deputy Clerk